# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-50292
Case Name: WILLIE J. WIMBUSH, JR.
 TEKISHA D. WIMBUSH
Trustee Name: RICHARD A. WILSON

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RICHARD A. WILSON | $ 1,313.95 | $ 32.60 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |



UST Form 101-7-TFR (9/1/2009) (Page: 9)

10-50292-mss   Doc 48   FILED 07/23/10   ENTERED 07/23/10 12:23:55   Page 9 of 12
10-50292-mss   Doc 54   FILED 09/13/10   ENTERED 09/13/10 14:14:52   Page 1 of 3

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,426.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | $ 1,426.52 | $ 1,426.52 |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 94,851.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | American Infosource Lp As Agent for | $ 1,516.99 | $ 45.84 |

UST Form 101-7-TFR (9/1/2009) *(Page: 10)*

10-50292-mss    Doc 48    FILED 07/23/10    ENTERED 07/23/10 12:23:55    Page 10 of 12
10-50292-mss    Doc 54    FILED 09/13/10    ENTERED 09/13/10 14:14:52    Page 2 of 3

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | KEYBANK | $ 10,275.39 | $ 310.53 |
| 4 | Chase Bank USA, N.A. | $ 8,278.83 | $ 250.19 |
| 5 | Chase Bank USA, N.A. | $ 8,062.14 | $ 243.64 |
| 7 | American Infosource Lp As Agent for | $ 228.73 | $ 6.91 |
| 8 | Recovery Management Systems Corporation | $ 80.94 | $ (2.45) chk # 1012 receipt # 81764 |
| 9 | Recovery Management Systems Corporation | $ 326.10 | $ 9.85 |
| 10 | Sallie Mae | $ 65,433.41 | $ 1,977.42 |
| 11 | HSBC Bank Nevada, N.A. | $ 649.19 | $ 19.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 72.78 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

UST Form 101-7-TFR (9/1/2009) (Page: 11)

10-50292-mss    Doc 48    FILED 07/23/10    ENTERED 07/23/10 12:23:55    Page 11 of 12
10-50292-mss    Doc 54    FILED 09/13/10    ENTERED 09/13/10 14:14:52    Page 3 of 3